## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| JESSICA MAJEWSKI, on behalf of herself and those similarly situated | ) ) ) | CASE NO.  1:22-CV-1391 |
| Plaintiff, | ) ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | |
| HALLRICH INC., ET AL., | ) ) | ORDER OF JUDGMENT |
| Defendant. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

**IT IS SO ORDERED.**

                                                /s  Christopher A. Boyko
                                             **CHRISTOPHER A. BOYKO**
                                             **United States District Judge**

**Dated: September 26, 2023**

1